**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ALANIS, PANFILO | ) | |
| ALANIS, JANET | ) | CASE NO. 07-24426 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>         Kane County Courthouse
>         100 S. 3rd Street, Room 140
>         Geneva, IL  60134
>
>   on:   **December 4, 2008**
>   at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                $           3,901.85

    b. Disbursements                           $               0.00

    c. Net Cash Available for Distribution     $           3,901.85

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $    975.46 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $    621.57 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $57,567.18, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $4.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | $ 1,569.53 | $ 62.85 |
| 3 | Discover Bank/DFS Services LLC | $ 8,814.53 | $ 352.91 |
| 4 | CHASE BANK USA | $ 16,780.88 | $ 671.85 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 198.98 | $ 7.97 |
| 6 | LVNV Funding LLC its successors and assigns as | $ 12,472.49 | $ 499.36 |
| 7 | LVNV Funding LLC its successors and assigns as | $ 1,910.59 | $ 76.49 |
| 8 | Chase Bank USA,N.A | $ 265.95 | $ 10.65 |
| 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 15,554.23 | $ 622.74 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (1285 Yellowpine Drive, Aurora, IL) - $224,000.00; Cash - $150.00; Checking Account (Harris Bank) - $145.00; Savings Account (Aurora Postal Credit Union) - $1,026.00; Savings Account (Harris Bank) $75.00; Household Goods - $800.00; Wearing Apparel - $600.00; Thrift Savings Plan - $5,030.77; 1991 Ford Mustang –

$1,175.00; 1998 Dodge Dakota - $5,575.00; 2005 Ford Freestyle - $8,425.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:    **November 6, 2008**                    For the Court,

                            By:    **KENNETH S. GARDNER**
                                Kenneth S. Gardner
                                Clerk of the United States Bankruptcy Court
                                219 S. Dearborn Street, 7th Floor
                                Chicago, IL  60604

```
Case 07-24426   Doc 38   Filed 11/06/08   Entered 11/09/08 00:07:10   Desc Imaged
                         Certificate of Service    Page 4 of 4
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1                  Date Rcvd: Nov 06, 2008
Case: 07-24426                Form ID: pdf002            Total Served: 29


The following entities were served by first class mail on Nov 08, 2008.
db          +Panfilo Alanis,    1285 Yellowpine Drive,    Aurora, IL 60506-6363
jdb         +Janet Alanis,    1285 Yellowpine Drive,    Aurora, IL 60506-6363
aty         +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11840855    +Alanis Janet,    1285 Yellowpine Drive,    Aurora, IL 60506-6363
11840854    +Alanis Panfilo,    1285 Yellowpine Drive,    Aurora, IL 60506-6363
11840857    +Bank Of America MBNA,    P. O. Box 17054,    Wilmington, DE 19884-0001
11840856    +C David Ward,    1700 N Farnsworth Ave Suite 11,    Aurora, IL 60505-1186
12286216    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
11840858    +Chase,    4915 Independence Parkway,    Tampa, FL 33634-7518
12338288    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11840859    +Citgo/CBSD,    P. O. Box 6003,    Hagerstown, MD 21747-6003
11840860    +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11840861    +CitiMortgage,    P. O. Box 9442,    Gaithersburg, MD 20898-9442
12434684     Citimortgage Inc.,    PO Box 6941,    The Lakes, NV 88901-6941
11840863    +Ford Motor Credit,    P. O. Box 542000,    Omaha, NE 68154-8000
11866243    +Ford Motor Credit Company LLC,    P.O. Box 537901,    Livonia, MI 48153-7901
11840866    +HSBC/MS,    P.O. Box 9068,    Brandon, FL 33509-9068
11840865    +Home Depot Credit Services,    P. O. Box 689100,    Des Moines, IA 50368-9100
11840867    +Kohls/Chase,    N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
11840868    +Sears/CBSD,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001

The following entities were served by electronic transmission on Nov 07, 2008.
12584851    +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:16     Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11840862     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 07 2008 04:22:17      Discover Financial,
              P. O. Box 15316,    Wilmington, DE  19850
12254469     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 07 2008 04:22:17
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12498226    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2008 04:21:48
              FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11840864    +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2008 04:20:25     GEMB/Lowes,    P. O. Box 981400,
              El Paso, TX 79998-1400
12319279     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12584852     E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:04
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12244566    +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:12
              Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                    **Signature:** _Joseph Speetjens_